MANCE, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 19, 1901.) Action by Rose Mance, as administratrix of Silas Mance, deceased, against the New York Central & Hudson River Railroad

Company. No opinion. Judgment affirmed, with costs. All concur, except HIRSCHBERG, J., who dissents.